IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON THOMAS WEATHERWAX,<br><br>Defendant. | CR 22-88-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS |

## I. Synopsis

Defendant Brandon Thomas Weatherwax (Weatherwax) has been accused of violating the conditions of his supervised release. (Doc. 42). Weatherwax admitted some of the alleged violations. Weatherwax shall be sentenced to custody for 3 months, with 33 months of supervised release to follow.

## II. Status

On January 5, 2023, Weatherwax plead guilty to the offense of Strangulation, in violation of 18 U.S.C §§ 113(a)(8) and 1153(a) as charged in Count 3 of the Indictment. (Doc. 30). Weatherwax was sentenced to 27 months of custody, followed by 3 years of supervised release. (Doc. 39). Weatherwax's current term of supervised release began on September 5, 2024.

**Petition**

On November 2, 2026, the United States Probation Office filed a Petition requesting that the Court revoke Weatherwax's supervised release. (Doc. 41). The Petition alleged Weatherwax violated the conditions of his supervised release by: (1) failing to comply with substance abuse testing requirements on April 21, 2025; (2) failing to comply with substance abuse testing requirements on April 28, 2025; (3) committing another federal, state or local crime by being charged on November 1, 2026, with the offenses of Malicious Mischief, in violation of Blackfeet Tribal Code Sec. 7, Part III, Chapter 5; Disorderly Conduct, in violation of Blackfeet Tribal Code Chapter 5, Part III, Section 3; and Domestic Abuse, in violation of Blackfeet Tribal Code, Chapter 5, Part II, Section II, 3(A)(1); and (4) consuming alcohol on November 1, 2026.

**Initial Appearance**

Weatherwax appeared before the Court on November 16, 2026. Weatherwax was represented by counsel. Weatherwax stated that he had read the Petition and that he understood the allegations against him. Weatherwax waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation Hearing**

Weatherwax appeared before the Court on November 16, 2026. Weatherwax admitted that he had violated the conditions of supervised release as set forth as allegations 1, 2, and 4 in the Petition. The Government moved to dismiss allegation 3, which the Court granted. Weatherwax's admitted violations, 1, 2, and 4 are serious and warrant revocation of his supervised release.

**Sentencing hearing**

Weatherwax appeared before the Court on November 16, 2026. Weatherwax's violations are Grade C. His criminal history category is I. Weatherwax's underlying offense is a Class C felony. Weatherwax could be incarcerated for up to 24 months. Weatherwax could be ordered to remain on supervised release for up to 36 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

## III. Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Weatherwax's supervised release should be revoked. Weatherwax should be sentenced to custody for 3 months, with 33 months of supervised release to follow. This sentence is sufficient but not greater than necessary.

## IV. Conclusion

The Court informed Weatherwax that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court also informed Weatherwax of his right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Weatherwax that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose. Weatherwax waived his right to appeal and allocute before Judge Morris.

The Court **FINDS**:

> That BRANDON THOMAS WEATHERWAX has violated the conditions of his supervised release by: (1) failing to comply with substance abuse testing requirements on April 21, 2025; (2) failing to comply with substance abuse testing requirements on April 28, 2025; and (4) consuming alcohol on November 1, 2026.

The Court **RECOMMENDS**:

> That the District Court revoke Weatherwax's supervised release and sentence Weatherwax to custody for 3 months, with 33 months of supervised release to follow.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 17th day of November 2026.

John Johnston
United States Magistrate Judge