**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br><br>BRANDON THOMAS WEATHERWAX,<br><br>Defendant. | CR-22-88-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 17, 2026. (Doc. 48.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on November 16, 2026. (Doc. 44.) The United States accused Brandon Thomas Weatherwax (Weatherwax) of violating the conditions of his supervised release by: (1) failing to comply with

substance abuse testing requirements on April 21, 2025; (2) failing to comply with substance abuse testing requirements on April 28, 2025; (3) committing another federal, state or local crime by being charged on November 1, 2026, with the offenses of Malicious Mischief, in violation of Blackfeet Tribal Code Sec. 7, Part III, Chapter 5; Disorderly Conduct, in violation of Blackfeet Tribal Code Chapter 5, Part III, Section 3; and Domestic Abuse, in violation of Blackfeet Tribal Code, Chapter 5, Part II, Section II, 3(A)(1); and (4) consuming alcohol on November 1, 2026. (Doc. 41.)

At the revocation hearing Weatherwax admitted that he had violated conditions 1, 2 and 4 of the terms and conditions of his supervised release as set forth in the Petition. The Government moved to dismiss alleged violation 3, which Judge Johnston granted. (Doc. 44.) Judge Johnston recommended that Weatherwax be sentenced to a term of custody of 3 months with 33 months supervised release to follow. (Doc. 48.) Judge Johnston advised Weatherwax of his right to appeal and allocute before the undersigned. Weatherwax waived those rights. (Doc. 44.)

The violations Weatherwax admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 48) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Brandon Thomas Weatherwax be sentenced to custody of custody of 3 months with 33 months of supervised release to follow.

DATED this 17th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts